FAY A. LEWIS, Respondent, v. JOSEPH LEWIS, Appellant.— Without subscribing to all the views expressed by the Special Term, we, nevertheless, are of the opinion that the finding that the defendant did not have a bona fide domicile in the State of Nevada at the time of the divorce is supported by substantial evidence. Judgment unanimously affirmed, with costs to the respondent. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

MAJOR CAPITAL CORP. et al., Respondents, v. 4487 THIRD AVENUE CORP. et al., Defendants, and RICHARD DI BENEDETTO, Appellant. — Order entered February 11, 1957, granting plaintiffs' motion to strike out the answer of the above-named defendant and directing summary judgment in favor of the plaintiffs, and order entered December 26, 1956, denying defendant's motion to dismiss the complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. The amount of plaintiffs' mortgage to which appellant subordinated his mortgage, in the light of the facts and subordination agreement herein, is to be ascertained by the Official Referee to whom this matter has been referred by the order herein dated February 8, 1957. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

MAJOR CAPITAL CORP. et al., Respondents, v. 4487 THIRD AVENUE CORP. et al., Appellants et al., Defendants. — Order unanimously affirmed, with $20 costs and disbursement to the respondents. Appellants are entitled to notice of the hearing before the Official Referee to ascertain and .compute the amount due, and may offer and contest evidence relative thereto. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

In the Matter of the Construction of the Trust Agreements Made between WILLIAM J. REILLY, as Settlor, and WILLIAM J. O'SHEA, JR., et al., as Trustees. WILLIAM J. REILLY, as Settlor, Appellant-Respondent; ANNA R. DEVLIN et al., Respondents-Appellants; WILLIAM J. O'SHEA, JR., et al., as Trustees, et al., Respondents. — Orders entered October 23, 1956, so far as appealed from by the petitioner-appellant-respondent, and order entered October 23, 1956, insofar as said order denied the motion of the respondents-respondents-appellants to dismiss counts B, C and D of the petition, unanimously affirmed, with costs to all parties appearing and filing briefs herein payable out of the trust funds. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

In the Matter of the Application of HARRY BAUSHER, Respondent. WOODLAWN CEMETERY, Appellant. — Order unanimously affirmed on the authority of Matter of Currier (Woodlawn Cemetery) (300 N. Y. 162), with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ. [5 Misc 2d 44.]

ADRIAN B. LOPEZ, Respondent, v. ANNABELLE LOPEZ, Appellant. — Order unanimously affirmed. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

RICHARD R. NEWMAN et al., Appellants, v. JOSEPH C. BALDWIN et al., Respondents.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellants, and decretal paragraph "9." stricken. In the proper exercise of discretion the injunctive relief provided for in said paragraph should not have been granted. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.